**United States District Court**
**Violation Notice**

| CVB Location Code |
|---|
| EV12 |

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| VA01P06X | JOHNNY MCWILLIAMS | 231 |

VA01P06X

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ■ State Code |
|---|---|
| 06/06/2017 5:11 PM | 18.2-103 |

Place of Offense
FORT BELVOIR MAIN EXCHANGE 6651 JOHN J KINGMAN RD

Offense Description Factual Basis for Charge    HAZMAT ☐
SHOPLIFT ALTER PRICE/CONCEAL - GOODS >=$200

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| SMITH | STEPHANNIE | |

A ■ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT
SEE INSTRUCTIONS (on back of yellow copy)

$0.00 Forfeiture Amount
+$30 Processing Fee

PAY THIS AMOUNT → $0.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| UNITED STATES COURT FOR EASTERN DISTRICT COURT OF VIRGINIA | 07/03/2017 |
| 401 COURTHOUSE SQUARE ALEXANDRIA VA 22314 | Time (hh:mm) |
| | 9:00 AM |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.
I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev 01/2011)    Defendant Copy for Your Records (Yellow)

---

### INSTRUCTIONS
(KEEP THIS COPY FOR YOUR RECORDS)

A  If BOX A on the face of this Violation Notice is checked, YOU MUST APPEAR IN COURT at the date, time, and place shown. If no date, time, and place are shown then you will be notified by mail of when and where to appear. You must notify the Central Violations Bureau in writing if you change your address. If you have not received a "Notice to Appear" within 45 days, call the CVB at 800-827-2982.

B  If BOX B is checked on the face of this Violation Notice, YOU MUST DO ONE OF THE FOLLOWING:

1. PAY A FIXED SUM IN LIEU OF APPEARING IN COURT. If you wish to end your case without appearing in court, submit payment by check, money order, or credit card. Use the enclosed envelope. Include the stub from the Violation Notice with your payment. DO NOT SEND CASH. Write the violation number and location code that appear on the top front portion of the Violation Notice on your check or money order and make it payable to the "Central Violations Bureau." Alternatively, you may submit payment on-line at www.cvb.uscourts.gov. Make your payment within 30 days.

By paying the amount due you may be admitting to a criminal offense and a conviction may appear in a public record with adverse consequences to you. You have a right to know more about the charge against you and may obtain a complete statement of the charge by calling the Central Violations Bureau at 800-827-2982. By paying the amount due you waive your right (1) to contest this violation notice, (2) to a trial, and (3) to be represented by counsel.

If you are charged with a motor vehicle violation, your payment may be reported to your state's motor-vehicle or driver-licensing agency. As a result, points may be assessed against your driving record, your license or registration may be suspended, and additional fees may be imposed by your state. A drivers-education course may be an option to avoid these consequences. If you are interested in a driver-education course, do not pay the amount due. Call the Central Violations Bureau at 800-827-2982 for further information.

OR

2. APPEAR IN COURT. If a date, time, and place for you to appear in court is shown on the front of this Violation Notice, you must appear in court at that time. If no date is shown, you will be notified by mail of the date and time to appear. You must notify the Central Violations Bureau in writing if you change your address. If you have not received a "Notice to Appear" within 45 days, call the Central Violations Bureau at 800-827-2982. If you appear before the court and plead guilty, or are convicted after trial, the court may impose any penalty the law authorizes, not limited to the amount due shown on the violation notice, and will add a special assessment of $5, $10, or $25 for each offense.

### NOTICE

If you fail to pay the amount due or to appear in court on the date and time scheduled, the United States District Court may issue a summons ordering you to appear or issue a warrant for your arrest. If you are charged with a motor vehicle violation, the court may also report your failure to pay or appear to your state's motor-vehicle or driver-licensing agency, which may affect your driving privileges, or your vehicle registration, or both.

Payment Address:
Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

Correspondence Address:
Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278-0549

Phone number 800-827-2982     Website: www.cvb.uscourts.gov